# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D16-2883

_____

MARGARET ROBERTS, an
incapacitated adult, and her
husband DARRELL ROBERTS,
individually and as the guardian
of Margaret Roberts,

    Appellants,

    v.

GREGORY G. PAVLAT, M.D.;
HOSPITAL SPECIALISTS, P.A., a
Florida Professional Association;
BENJAMIN E. MOORE, M.D.; and
BENJAMIN MOORE, M.D., P.A., a
Florida Professional Association,

    Appellees.

_____

On appeal from the Circuit Court for Duval County.
James H. Daniel, Judge.

January 16, 2018

PER CURIAM.

    AFFIRMED.

LEWIS, OSTERHAUS, and BILBREY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Angelo M. Patacca, Jr., Matthew W. Sowell, and Wayne Hogan of Terrell Hogan Yegelwel, P.A., Jacksonville; John S. Mills and Andrew D. Manko of The Mills Firm, P.A., Tallahassee, for Appellants.

Dinah Stein and Mark Hicks of Hicks, Porter, Ebenfeld & Stein, P.A., Miami, for Appellees Gregory G. Pavlat, M.D., and Hospital Specialists, P.A.

William T. Jackson of Dennis, Jackson, Martin & Fontela, P.A., Tallahassee, for Appellees Benjamin E. Moore, M.D., and Benjamin E. Moore, M.D., P.A.